# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
        Appellant,

vs.

MARIO JESUS QUEVEDO,
        Respondent.

No. 69574

**FILED**

APR 0 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion to dismiss. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant has filed a motion to dismiss this appeal. We elect to treat the motion as a motion to withdraw this appeal voluntarily. Cause appearing, we grant the motion, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. James E. Wilson, District Judge
        Attorney General/Carson City
        Carson City District Attorney
        Robert B. Walker
        Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-10300